UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIEST,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BENTLEY, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:21-cv-00035-EPG (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

　　　Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

　　　In his complaint, Plaintiff alleges violations of his civil rights by defendants. The vast majority of the incidents alleged in the complaint, and all of the actions allegedly taken by the defendants, took place in Solano County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California.[1] Therefore, the complaint should have been filed in the Sacramento Division.

　　　Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

---

[1] Plaintiff does refer to an incident that occurred at California Substance Abuse Treatment Facility and sues one defendant who works there. California Substance Abuse Treatment Facility is located in Kings County, which is part of the Fresno Division. However, there are no factual allegations regarding this defendant in the complaint, and as mentioned above, the vast majority of the incidents alleged in the complaint took place in Solano County.

court may, on the Court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. This Court will not rule on Plaintiff's request to proceed *in forma pauperis*.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;
2. This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*; and
3. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **January 12, 2021**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE